# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-1475

———————————————

JEFFREY JAMES,

    Appellant,

    v.

ABRAHAM HERNANDEZ, JR.,
individually, PREMIER
CONSTRUCTION-RESIDENTIAL,
LLC, d/b/a Premier Fine Homes,
a Florida Limited Liability
Company, and PREMIER
WATERPROOFING & PAINTING, a
Florida Limited Liability
Company,

    Appellees.

———————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


September 12, 2024

PER CURIAM.

    DISMISSED as premature.

LEWIS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Rebecca Bowen Creed of Creed & Gowdy, P.A., Jacksonville, for Appellant.

Joshua W. Walters, and Daniel E. Manausa of Manausa, Shaw & Minacci, P.A., Tallahassee, for Appellees.